IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00521-BNB

GARY ABERNATHY,

    Applicant,

v.

WARDEN JULIE WANDES,

    Respondent.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on Plaintiff's "Motion to Add and Amend to [sic] In Responce [sic] to Show Cause Order - April 6, 2010," filed on April 13, 2010 (Doc. # 9), and Plaintiff's "Motion to; [sic] Add and Amend to; [sic] In Responce [sic] to; [sic] Show Cause Order - April 6, 2010," filed on April 15, 2010 (Doc. # 11). The Motions (Docs. # 9 & 11) are GRANTED. The Court will consider the arguments contained in the Motions in addition to the arguments Plaintiff presents in his Response to the Order to Show Cause.

    Dated: April 16, 2010