IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00521-BNB

GARY ABERNATHY,

    Applicant,

v.

WARDEN JULIE WANDES,

    Respondent.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on Plaintiff's "Motion to; [sic] Add and Amend to; [sic] In Responce [sic] to; [sic] Show Cause Order - April 6, 2010," filed on April 22, 2010 (Doc. # 13). The Motion is GRANTED. The Court will consider the arguments contained in the Motion in addition to the arguments Plaintiff presents in his Response to the Order to Show Cause.

    Dated: April 23, 2010